| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | PTF | DEF | 23 | $ DEMAND Nearest $1,000 | JUDGE MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1129 | 4 | 83 | 7126 | 4 20 83 | 3 | 441 | 1 | | | | | J 2911 M | 12123 | | 83 7126-MMP |

**PLAINTIFFS**

BELLAMY, AMOS; TOMMY B. WILLIAMS;
WILLIE E. JOHNSON; CHARLIE MAE
MILLER; ESSIE MAE ANDERSON; LILLIE
M. JONES; LESSIE M. JOHNSON; MERY
ANN JONES; ANNIE LEE PIGFORD;
SHIRLEY G. CURRY; VELETA CURRY;
E. K. "JACK" SCOTT; RANDOLPH
WOODFAULK, and WALLACE NESBITT,
on behalf of themselves and all
others similarly situated

**DEFENDANTS**

TAYLOR COUNTY, FLORIDA; WALTER
TOWELL; DELTON E. LUNDY; WALTER
EDWIN HENDRY; ALBERT JOHNSON, JR.,
and JACKIE SHAW, County Commissioners
of Taylor County, Florida, their
successors and agents, all in their
official capacities

CONSOLIDATED WITH TCA 83-7124

ACCESSION # 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
BOX # 42 vol # 46
LOCATION Closed F0325653-B4N

**CAUSE**
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

42:1971
Voting Rights

**ATTORNEYS**

David M. Lipman
Robert E. Weisberg
LIPMAN & WEISBERG
5901 S.W. 74 Street
Suite 304
Miami, FL 33143
305/662-2600

Robert J. Schramm
P.O. Box 29
Perry, FL 32347
904/584-7039

#77
12-5-83

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

| NR. | TCA 83-7126 | PROCEEDINGS | |
|---|---|---|---|
| 3 | | | |
| 1 | COMPLAINT.....for Injunctive and Other Equitable Relief | | g |
| 2 | REQUEST.....for Production of Documents for Inspection or Copying (First Set) | | |
| 3 | NOTICE.....of Certificate of Filing of Interrogs, First Set | | |
| 4 | CIVIL COVER SHEET..... Issued summons and handed to Lipman. | | |
| 5 | MOTION.....To Dismiss for Failure to State a Cause of Action by defdts. | | g |
| 6 | MEMO.....in support of doc. #5 | | |
| 7 | MOTION.....To Dismiss for Failure to Join Indispensable Party | | |
| 8 | MEMO.....in support of doc. #7 | | |
| 9 | MOTION.....Pltfs', for Enlargement of Time in Which to Respond to Defdt's Motions to Dismiss until 6/2/83 - Ref. to MMP | | g |
| 10 | ORDER.....(MMP) Doc. #9 is GRANTED.  cc: mailed to Lipman & Schramm | | g |
| 11 | NOTICE.....and Acknowlegement of Receipt of Summons and Complaint by Robert J. Schramm for defdts. on 5/27/83 | | g |
| 12 | RESPONSE.....pl. to def. Motions to Dismiss ref. MMP | | |
| 13 | MEMORANDUM.....pl. in reply to def. motions to dismiss ref. MMP | | a |
| 14 | MOTION.........deft's FOR PROTECTIVE ORDER as to interrog. #8(b) & #19 | | f |
| 15 | MEMORANDUM.....deft's IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER | | f |
| 16 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Walter Edwin Hendry | | f |
| 17 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Delton E. Lundy | | f |
| 18 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Walter Edwin Hendry | | f |
| 19 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Albert Johnson, Jr. | | f |
| 20 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Walter Rowell | | f |
| 21 | INTERROGATORIES...Propounded by pltfs to defts (first set) with ANSWERS by Jackie Shaw | | f |
| 22 | NOTICE.....of Limited Appearance and Response to Defdts' Motion to Dismiss for Failure to Add Indispensible Party - Ref. to MMP | | g |
| 23 | NOTICE.....and Acknowledgement of Receipt of Summons and Complaint on Robert J. Schramm, atty. for defdts., on 5/27/83 | | g |
| 24 | RESPONSE.....Pltf's, to Defdts' Motion for Protective Order and Memo - Ref. to MMP | | g |
| 25 | MOTION.....to Request Court to Set Oral Argument by defdts. - Ref. to MMP | | g |
| 26 | ORDER.....MMP cc: Lipman & Schramm  1. Pltf's have agreed that defdt's need not answer interro No. 8(b) and No. 19(first set). 2. Plaintiffs have indicated in their response to defdt's motion for protective order that they are willing to attempt to secure the information through an analysis of various documents which may be on hand in Taylor County, Florida. 3. For these reasons, defdt's motion for protective order is granted and plfts' are directed, should they seek information contained in interro No. 8(b) and no. 19 (1st set), to obtain the information themselves through an analysis of barious County documents at a time convenient to all parties. | | |
| ~~27~~ | ~~ORDER.....MMP cc: Lipman & Schramm~~  (PLACED ON WRONG DOCKET SHEET) ~~Defendant's motion to dismiss (Doc 5) is DENIED.~~ | | |
| 28 | ORDER.....MMP cc: Lipman & Schramm  1. Defdt's motion to dismiss (Docs 5 & 7) are DENIED. | | |

OVER

IVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. TCA 83-712 |
|---|---|---|
| MOS BELLAMY, et al., | TAYLOR COUNTY, et al., | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 14/83 | 29 | ORDER.....MMP cc: Lipman and Schramm order of consolidation, while none of the parties in the above captioned lawsuits have moved to consolidate these actions, the Court finds that consolidation would be appropriate and in the interest of judicial enonomy. | bs |
| 7/18 | 30 | ORDER.....(MMP) Doc. #25 is DENIED.  cc: mailed to Lipman & Schramm | g |
| /2 | 31 | ANSWER.....Defdts', to Complaint for Injunctive Relief and Other Equitable Relief | 9 |
| /3 | 32 | ORDER.....Setting Completion of Discovery for 11/3/83  cc: mailed to Lipman and Schramm | 9 |
| /25 | 33 | MOTION.....Pltfs', for Certification of Class Action | 9 |
| | 34 | MEMO.....in support of #33 | |
| 0/5 | 35 | NOTICE....of document returned of Pltf's. Request for Admissions (First Set), for improper margin and no certificate of service, copy mailed to David Lipman, Robert Weisberg, Robert Schramm | s |
| 10/5 | 36 | RESPONSE...Defts'. to Pltfs'. Request for Admissions of Fact | $w |
| 10/11 | 37 | REQUEST.....Pltfs', for Admission of Fact (second set) | g |
| 10/13 | | Ref. #33 to MMP. | g |
| 11/8 | 38 | NOTICE.....of Fairness Hearing 12/5/83, 10:30 a.m., Taylor Co. Courthouse, Perry, FL   cc: Lipman, Schramm | t |
| 11/9 | 39 | STIPULATION.....Joint, for Entry of Proposed Final Judgment and Request for Fairness Hearing - Ref. to MMP | 9 |
| 2/5 | 40 | NOTICE.....Parties, Joint Submission of Proof of Publication | |
| | 41 | MINUTES....of Fairness Hearing.  Settlement approved.  Final judgment to be entered. | td |
| 12/8 | 42 | FINAL JUDGMENT.....(MMP) Nos. 1-6 see Judgment.  7. Court finds that pltfs. and defdts. have agreed on the amount of pltfs. accumulated costs and attys fees and orders that all attys fees and costs for pltfs counsel shall be payable to pltfs. by defdts. within 10 days after the execution of this Final Judgment.  8. That upon entry of this Final Judgment, this litigation is terminated and the action is hereby dismissed.  cc: mailed to Lipman and Schramm  JS-6  C.O.B.#      pp. | |

DC-111A REV. (1/75)

| DOCKET CONTINUATION SHEET | | |
|---|---|---|
| NTIFF | DEFENDANT | DOCKET NO. _____<br>PAGE ___ OF ___ PAGES |
| TE | NR. | PROCEEDINGS |

DC-111A REV. (1/75)