**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

AMOS BELLAMY, *et al.*,

    *Plaintiffs,*

v.

                                Case No. 4:83-cv-7126

TAYLOR COUNTY, FLORIDA, *et al.*,

    *Defendants.*

                                   /

## <u>NOTICE OF APPEARANCE</u>

With the consent of class counsel David M. Lipman and Class Representatives Shirley Scott (previously Curry), Veleta Roberson (née Curry), and Lessie M. Gent (née Johnson), the undersigned attorney, Nicholas Warren, enters his appearance in this matter on behalf of the Plaintiff Class.

                                Respectfully submitted March 27, 2024,

                                */s/ Nicholas L.V. Warren*

                                Nicholas L.V. Warren (FBN 1019018)
                                **ACLU Foundation of Florida, Inc**.
                                1809 Art Museum Dr., Suite 203
                                Jacksonville, FL 32207
                                (786) 363-1769
                                nwarren@aclufl.org

                                *Counsel for Plaintiff Class*

1

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on Defendants by emailing a copy to Defendants' counsel Conrad C. Bishop, Jr. at lawbishop@fairpoint.net, which method of service he consented to in writing, on March 27, 2024. I certify that I have served a copy of the foregoing on Plaintiff Mery Ann Jones by mailing a copy to her residential address at 1201 North Avenue, Perry, FL 32348 on March 27, 2024.

*/s/ Nicholas L.V. Warren*
Nicholas Warren (FBN 1019018)