IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AMOS BELLAMY, TOMMY B. WILLIAMS, WILLIE E. JOHNSON, CHARLIE MAE MILLER, ESSIE MAE ANDERSON, LILLIE M. JONES, LESSIE M. JOHNSON, MERY ANN JONES, ANNIE LEE PIGFORD, SHIRLEY G. CURRY, VELETA CURRY, E. K. "JACK" SCOTT, RANDOLPH WOODFAULK, and WALLACE NESBITT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs <br><br> TAYLOR COUNTY, FLORIDA; WALTER ROWELL, DELTON E. LUNDY, WALTER EDWIN HENDRY, ALBERT JOHNSON, JR., and JACKIE SHAW, County Commissioners of Taylor County, Florida, their seccessors and agents, all in their official capacities, <br><br> Defendants. | CIVIL ACTION NO. TCA 83-7126 MMP |

FINAL JUDGMENT

On April 29, 1983, the above named Plaintiffs filed their Complaint against the above named Defendants alleging that at-large county-wide voting for members of the Taylor County Commission under the Commission form of government in Taylor County excludes black representation and participation and minimizes and cancels out black



1983 DEC -8 AM 8:55



42

voting strength in violation of their rights secured by the Voting Rights Act of 1965, as amended, Pub. L. No. 97-205, § 3, 96 Stat. 134 (1982), amending 42 U.S.C. §1973, et seq. (hereafter "Voting Rights Act").

The Court, having reviewed the status of this action, and being aided by the recommendations of the Plaintiffs' and Defendants' counsel, and being of the opinion that the best interest of all the parties and all the citizens of Taylor County, Florida, would be served by approving the Final Judgment, and the Court having reviewed the Final Judgment tendered by Plaintiffs' and Defendants' counsel, finds that said Judgment was entered into voluntarily by the parties, and that it should be approved.

IT IS THEREFORE, ADJUDGED AND DECREED AS FOLLOWS:

1. This decree extends to all issues set forth in the Complaint in this matter and to the class of Plaintiffs defined as all black residents of Taylor County, Florida.

2. This Court has jurisdiction over the subject matter of this action and the parties thereto.

3. That pursuant to Florida Constitution, Art. 8, §5, Taylor County has provided for the election of all members of the Taylor County Commission through at-large elections.

4. That due to a series of factors including a history of official racial discrimination within Taylor County and the State of Florida and racially polarized voting in elections within Taylor County, the at-large

election systems for the Taylor County Commission has had the effect of denying the black citizens of Taylor County an equal opportunity to participate in the political process and elect candidates of their own choice in violation of Plaintiffs' rights under the Voting Rights Act.

5. Defendants are enjoined from providing County Commission at-large elections in violation of Plaintiff's rights under the Voting Rights act.

6. The attached "Election Plan", Appendices 1 through 3, sets forth the mechanism and plan for Taylor County, Florida, to conduct elections for the members of the County Commission in accordance with the Voting Rights Act. Therefore, the Court finds that the "Election Plan" as submitted is a proper remedy in this action, and is adopted and incorporated by reference into this Final Judgment as attached.

7. The Court finds that the Plaintiffs and Defendants have agreed on the amount of Plaintiff's accumulated costs and attorney's fees and orders that all attorney's fees and costs for Plaintiffs' counsel shall be payable to Plaintiffs by Defendants within ten (10) days after the execution of this Final Judgment.

8. That upon entry of this Final Judgment, this litigation is terminated and the action is hereby dismissed.

ORDERED AND ADJUDGED this 7TH day of December, 1983.

*Maurice M Paul*
UNITED STATES DISTRICT JUDGE

Copies furnished to:
LIPMAN & WEISBERG
ROBERT J. SCHRAMM

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| AMOS BELLAMY, TOMMY B. WILLIAMS, WILLIE E. JOHNSON, CHARLIE MAE MILLER, ESSIE MAE ANDERSON, LILLIE M. JONES, ANNIE LEE PIGFORD, SHIRLEY G. CURRY, VELETA CURRY, E. K. "JACK" SCOTT, RANDOLPH WOODFAULK, and WALLACE NESBITT, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs<br><br>TAYLOR COUNTY, FLORIDA; WALTER ROWELL, DELTON E. LUNDY, WALTER EDWIN HENDRY, ALBERT JOHNSON, JR., and JACKIE SHAW, County Commissioners of Taylor County, Florida, their successors and agents, all in their official capacities,<br><br>    Defendants. | CIVIL ACTION NO.<br>TCA 83-7126 MMP |

APPENDIX

1. Map of Election Districts

2. Demographic Data Reflecting Population and Voter Registration by District

3. Description of Election Plan

# TAYLOR COUNTY

Handwritten district labels and populations:
- 6: 504
- 7: 1103
- 14: 1324
- 12, 1, 2114, 16, 13, 8, 9: 637, Perry 247, 1747
- 10: 1003
- 2: 1589
- 11: 760
- 3: 354
- 4: 241
- 5: 763

## COUNTY COMMISSION DISTRICTS

| | NAME | PRECINCTS | POPULATION |
|---|---|---|---|
| I | Lundy | 12 & 14 | 3438 |
| II | Hendry | 2 & 8 | 3336 |
| III | Johnson | 3, 4, 5, 10, & 11 | 3121 |
| IV | Rowell | 1, 6, & 7 | 3229 |
| V | Shaw | 9 & 13 | 3408 |

Chamber Of Commerce

APPENDIX 2

DEMPGRAPHIC DATA REFLECTING POPULATION AND
VOTER REGISTRATION BY PROPOSED COUNTY
COMMISSIONER DISTRICTS

| District | Population | | | | Registered Voters | | | |
|---|---|---|---|---|---|---|---|---|
| | Total | White | Black/other | | Total | White | Black/other | |
| I | 3,438 | 2,862 | 549 | 27 | 1,521 | 1,372 | 142 | 7 |
| II | 3,336 | 3,248 | 21 | 67 | 1,276 | 1,261 | 7 | 8 |
| III | 3,121 | 3,011 | 85 | 25 | 1,251 | 1,235 | 14 | 2 |
| IV | 3,229 | 2,688 | 500 | 41 | 1,617 | 1,459 | 153 | 5 |
| V | 3,408 | 1,023 | 2,368 | 17 | 1,134 | 463 | 669 | 2 |
| Totals | 16,532 | 12,832 | 3,523 | 177 | 6,799 | 5,790 | 985 | 24 |

APPENDIX 3

DESCRIPTION OF COUNTY COMMISSIONER DISTRICTS
and PRECINCTS

A.  COUNTY COMMISSIONER DISTRICT # 1

PRECINCT NO. 12

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence West along centerline of Hampton Springs Avenue to US 98 W, run Southwest along US 98 W to the West city limits line of Perry, Florida, thence North along city limits boundary to the Northwest corner of city limits, thence East along the North city limits boundary to the centerline of SR 55, thence South along centerline of SR 55 to Jefferson Street, continue South on Jefferson Street to the point of beginning. Lying and being in County Commissioner District No. 1.

PRECINCT NO. 14

Beginning at the intersection of the North boundary line of the city limits of Perry, Florida and the centerline of Highway 221, run Northwest along said road to the intersection of the centerline of Pisgah Road, thence West along the centerline of Pisgah Road to the Intersection of US 19, thence Northwesterly along centerline of US 19 to the Cabbage Grove Tower Road, thence Westerly and Southwesterly along centerline of said road to the intersection of Highway 98 West, thence West on Highway 98 to the intersection of Mandalay Road, thence Southwesterly on said road to the intersection of Williams Fish Camp Road, thence Southerly on said road to the middle of the Aucilla River, thence Southerly along middle of said river to the Gulf of Mexico, thence

Southeasterly along shoreline of Gulf of Mexico to the middle of Regular Creek, thence Northerly along the middle of Regular Creek to the intersection of Highway 98, thence Southeasterly on said road to the intersection of O'Steen Road, thence North along the centerline of said road to the intersection of Woods Creek Road, thence East along the centerline of said road to the West city limit boundary, thence North along city limit boundary to the Northwest corner of city limits, thence East along city limit boundary to the centerline of the intersection of Highway 221 and the point of beginning. Lying and being in County Commissioner District No. 1.

B.  COUNTY COMMISSIONER DISTRICT # 2.

PRECINCT NO. 2

Beginning at the intersection of Puckett Road (SR 361-A) and the South boundary line of the city limits of Perry, Florida, thence South along the centerline of Puckett Road to the intersection of Industrial Park Drive, thence East along Northside of centerline of said road to centerline of the intersection of Airport Drive, thence North on Airport Drive to the intersection of Forest Capital Drive, thence East along centerline of said road to the Westside of US 19, thence South along West boundary of US 19 to the intersection of Industrial Park Drive, thence West along Southside of centerline of said road to the intersection of Puckett Road, thence South along centerline of said road to the intersection of Holt Road, thence West along centerline of said road to intersection of Golf Course Road, thence South along centerline of said road to the middle Fenholloway River, thence Westerly and Northwesterly along middle of said river to the intersection of Hampton Springs Road, thence North and Northeasterly along centerline of said road to the intersection of Highway 98, thence Westerly along centerline of said road to the center of Regular Creek, thence Southerly along center of said creek to the Gulf of Mexico, thence Southeasterly along the shoreline of the Gulf of Mexico to the mouth of the Spring Warrior Creek, thence Easterly and Northeasterly along Spring Warrior Creek to the Beach Road (SR 361), thence Northerly along centerline of said road to the centerline of intersection of Potts Still Road, thence Northerly along centerline of Potts Still Road to

the intersection of Walker Road, thence Northeasterly along centerline of Walker Road to the centerline of the intersection of US 19, thence Northerly along the centerline of US 19 to the intersection of Padgett Road (356-A), thence East along centerline of Padgett Road to the Middle of the Seaboard Coastline Railroad, thence Northerly along middle of said railroad to the South boundary of the city limits of Perry, Florida, thence West along said boundary to centerline of Puckett Road (361-A) and the point of beginning. Lying and being in County Commissioner District No. 2.

## PRECINCT NO. 8

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence East along centerline of Hampton Springs Avenue to US 27 E, run Southeast along US 27 E to the East city limits line of Perry, Florida, thence Southerly along said city limits to the Southeast corner of city limits, thence West along city limit boundary to the centerline of the Puckett Road, thence North along centerline of Puckett Road to Jefferson Street and continue North on Jefferson Street to the point of beginning. Lying and being in County Commissioner District No. 2.

C.  COUNTY COMMISSIONER DISTRICT # 3.

PRECINCT NO. 3

Beginning at Hagens Cove and Gulf of Mexico, thence on Hagens Cove Road to SR 361 (Beach Road), thence South and East on 361 to Tennille Turnpike Road, thence North and East along the centerline of Tennille Turnpike to the centerline at the intersection of Salem Tower Road, thence North along said road to centerline at the intersection of Fish Creek Road, thence West along said road to the centerline of CC Grade, thence North along the centerline of said road to the intersection of Calvin Morgan Road, thence West along centerline of said road to the intersection of Jody Morgan Road, thence Southwest along said road to the intersection of Huxford Still Road, thence Northwesterly along centerline of Huxford Still Road to the intersection of SR 361 (Beach Road), thence South along centerline of said road to the Spring Warrior Creek, thence Westerly and Southwesterly along the shoreline of the Gulf of Mexico to Hagens Cove and the point of beginning. Lying and being in County Commissioner District No. 3.

PRECINCT NO. 4

Beginning at Taylor County boundary line of 51, thence South to US 19, North along centerline of said road to Tennille Turnpike Road, thence West along centerline of Tennille Turnpike to the centerline of the intersection of Salem Tower Road, thence North along said road to the centerline of intersection of Fish Creek Road, thence West along said road to the center line of intersection of CC grade, thence North on said road to the centerline of Calvin Morgan Road, thence West to the centerline of the intersection of the Jody Morgan Road, thence Northeasterly on said road to the Hiram Racking Road, thence North along centerline of said road to the intersection of Leroy Morgan Road, then

Southerly and Easterly along centerline of Leroy Morgan Road to the centerline at the intersection of US 19, thence 2.2. miles Northwesterly on said road to the centerline of Airport Road, thence Easterly along centerline of the Taylor County boundary line, thence Southerly along said boundary to the point of beginning. Lying and being in County Commissioner District No. 3.

PRECINCT NO. 5

Beginning at Hagens Cove and Gulf of Mexico, thence East on Hagens Cove Road to SR 361 (Beach Road), thence South and East on SR 361 to Tennille Turnpike Road, thence North and East along centerline of said road to the intersection of US 19, thence South along centerline of said road to the intersection of SR 51, thence Northeast along centerline of said road to the Taylor County boundary line, thence South along said boundary to the Steinhatchee River (South County boundary line), thence Southwest along the middle of said river to the Gulf of Mexico, thence Northwest along the shoreline of the Gulf of Mexico to Hagens Cove and the point of beginning. Lying and being in County Commissioner District No. 3.

PRECINCT NO. 10

Beginning at the intersection of the East boundary of the city limits of Perry, Florida, and the centerline of SR 356 (San Pedro Road), run East and Southeast along the centerline of SR 356 to the centerline of US 27, thence run northeasterly along the centerline of US 27 to the East boundary line of Taylor County, run South along said boundary to the centerline of graded road known as Cooks Hammock Grade, run Northwesterly along said graded road to the intersection of the center line

of 356A(Padgett Road), thence West along centerline of 356A to the centerline of the Seaboard Coastline Railroad, thence Northwest along said railroad to the city limits of Perry, Florida, thence East along city limit boundary to the Southeast corner, thence Northerly along said boundary to the point of beginning. Lying and being in County Commissioner District No. 3.

PRECINCT NO. 11

Beginning at the Taylor County boundary line and the intersection of the Cooks Hammock Road, thence Northwesterly along centerline of Cooks Hammock Road to SR 356 A (Padgett Road), thence West along centerline of SR 356A to the centerline of US 19, thence South along the centerline of US 19 to the Walker Road, thence Southwesterly along the centerline of Walker Road to the centerline of the Potts Still Road, thence Southerly on the Potts Still Road to Huxford Still Road, thence Southerly along centerline of Huxford Still Road to the centerline of Jody Morgan Road, thence East along Jody Morgan Road to the centerline of the Hiram Racking Road, thence Northerly to the Leroy Morgan Road, thence Easterly on said road to the centerline of US 19, thence Northerly along centerline of US 19 2.2. miles to the Airport Road, thence Easterly along the centerline of Airport Road to the Taylor County boundary line, thence North along said boundary to the Cooks Hammock Road and the point of beginning. Lying and being in County Commissioner District No. 3.

D. COUNTY COMMISSIONER DISTRICT # 4.

PRECINCT NO. 1

Beginning at the center of Jefferson Street and Hampton Springs Avenue, thence East along centerline of Hampton Springs Avenue to US 27 E, run Southeast along US 27 E to the East city limits line of Perry, Florida, thence North along said city limits to the Northeast corner of city limits, thence West along city limits boundary to centerline of SR 55, thence South along centerline of SR 55 to Jefferson Street, continue South on Jefferson Street to the point of beginning. Lying and being in County Commissioner District No. 4.

PRECINCT NO. 6

Beginning at the center of the Aucilla River and the centerline of the Williams Fish Camp Road, thence Northerly on said road to the intersection of Mandalay Road, thence Northeasterly along said road to the intersection of Highway 98, thence East along centerline of Highway 98 to the intersection of Cabbage Grove Tower Road, thence Northerly and Northeasterly along the centerline of said road to the intersection of said road and US 19, thence Southeasterly along centerline of US 19 (1.6 miles) to the centerline of said road and O'Quinn Crossing Road, thence Northeast along said road to the 68 Still Road, thence East and Southeast along said road, thence Northeasterly and Northerly along Paul Jeffery Log Road to the Taylor County boundary line, thence North to the Northeast corner of Taylor County, thence West along county boundary to the Northwest corner of county line, thence Southwest along the middle of the Aucilla River to Williams Fish Camp Road and the point of beginning. Lying and being in County Commissioner District No. 3.

PRECINCT NO. 7

Beginning at the North boundary of the city limits of Perry, Florida, and the centerline of SR 55, thence Northwest along SR 55 to the intersection of Pisgah Road, thence West along the centerline of Pisgah Road to the intersection of US 19, thence Northwesterly along the centerline of US 19 to the intersection of O'Quinn Crossing Road, thence Northeast along said road to the 68 Still Road, thence East and Southeast along said road, then Northeasterly and Northerly along Paul Jeffery Log Road to the Madison County line, thence East following the county line to corner, thence South along county line to the centerline of US 27 East, run Southwest along centerline of US 27 East to the centerline of San Pedro Road (SR 356), run Northwest and West along the centerline of said road to the East boundary of the city limits of Perry, Florida, thence North along city limits boundary to the Northeast corner of city limits, run West along North boundary of city limits to the centerline of SR 55 to the point of beginning. Lying and being in County Commissioner District No. 4.

E.  COUNTY COMMISSIONER DISTRICT # 5.

PRECINCT NO. 9

Beginning at the intersection of Woods Creek Road and the West boundary line of the city limits of Perry, Florida, thence South along said boundary line to the Southwest corner of said city limits, thence East along South city limits line to the centerline of Puckett Road, thence South along the centerline of Puckett Road to the intersection of Industrial Park Drive, thence East along Northside of centerline of said road to the centerline of the intersection of Airport Drive, thence North of Airport Drive to the intersection of Forest Capital Drive, thence East along centerline of said road to the West side of US 19, thence South along West boundary of US 19 to the intersection of Industrial Park Drive, thence West along South side of centerline of said road to the intersection of Puckett Road, thence South along centerline of said road to the intersection of Holt Road, thence West along centerline of said road to the intersection of Golf Course Road, thence South along centerline of said road to the middle of Fenholloway River, thence Westerly and Northwesterly along middle of said river to the intersection of Hampton Springs Road, thence North and Northeasterly along centerline of said road to the intersection of Highway 98, thence Northeasterly along centerline of Highway 98 West to the intersection of O'Steen Road, thence North along centerline of said road to the intersection of Woods Creek Road, thence East along centerline of said road to the West city limits line and the point of beginning. Lying and being in County Commissioner District No. 5.

PRECINCT NO. 13

Beginning at the center of Jefferson Street and Hampton Springs Avenue thence West along centerline of Hampton Springs Avenue at US 98 W, run Southwest along US 98 W to the West city limits line of Perry, Florida, thence South along said city limits to the Southwest corner of city limits, thence East along city limits boundary to the centerline of the Puckett Road, thence North along the centerline of Puckett Road to Jefferson Street and continue North on Jefferson Street to the point of beginning.  Lying and being in County Commissioner District No. 5.