IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMOS BELLAMY, et al.,

Plaintiffs,

v.  Case No. 4:83-cv-7126

TAYLOR COUNTY, FLORIDA, et al.,

Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW the undersigned attorney, and enters his appearance in behalf of the Defendant, TAYLOR COUNTY, FLORIDA, and request that he be furnished a copy of all future pleadings and papers filed herein.

Respectfully submitted,

_____
THE BISHOP LAW FIRM, P.A.
Attorneys at Law
Conrad C. Bishop, Jr.
Post Office Box 167
Perry, Florida 32348
(850) 584-6113
E-Mail: lawbishop@fairpoint.net
Florida Bar No.: 126073

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing instrument has been furnished by regular U.S. Mail to NICHOLAS L. V. WARREN, Attorney at Law, 1809 Art Museum Drive, Suite 203, Jacksonville, Florida 32207 and to MERY ANN JONES, 1201 North Avenue, Perry, Florida 32348 this 1st day of April, 2024.

_____
COUNSEL