UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BELLAMY, et al.,

    Plaintiffs,

v.                                                        4:83cv7126–WS/MAF

TAYLOR COUNTY, FLORIDA,
et al.,

    Defendants.

_____

ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this ___6th___ day of ___April___, 2024.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE